IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-cv-40-M

| | |
|---|---|
| JAMES ISAAC FAULK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's motion to stay its deadline to respond to Plaintiff's complaint. [DE-45]. For good cause shown, it is hereby ORDERED that:

1. Defendant's motion to stay is GRANTED;

2. Defendant's deadline to respond to Plaintiff's complaint is STAYED until Congress restores appropriations to the Department of Justice; and

3. Upon restoration of appropriations, Defendant shall answer or otherwise respond to Plaintiff's complaint within **thirty (30) days**.

So ordered, this 2 day of October, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge