IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00040-M-RJ

| | |
|---|---|
| JAMES ISSAC FAULK,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | ORDER |

This matter comes before the court on United States Magistrate Judge Robert B. Jones, Jr.'s, Memorandum and Recommendation ("M&R"). DE 42. Having determined that Plaintiff's "filings demonstrate, at most, that he attempted to file a claim that might have contained the wrong social security number or no social security number at all," Judge Numbers recommends granting Defendant's Motion to Dismiss because Plaintiff's contentions are "insufficient to nudge [his] claim that he filed a request for refund of EIP 3 with the IRS across the line from mere possibility to plausibility." DE 42 at 6.[1]

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of

[1] Judge Jones issued the M&R on July 20, 2026. Accordingly, objections were due on or before August 3, 2026. DE 42 at 9; *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); Local Civ. R. 72.4(b). The M&R was submitted to this court for disposition on August 7, 2026, as of which date Plaintiff had not submitted objections.

those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Plaintiff's claims are DISMISSED. The Clerk of the Court is directed to close this case.

SO ORDERED this 14th day of August, 2026.

Richard E. Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE